IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANLEY TURNER NORTON                                             PETITIONER
ADC #99798

V.                        5:12cv00067 BSM-JTR

RAY HOBBS, Director,                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Motion to Dismiss (docket entry #8), arguing that this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus should be dismissed as an unauthorized second or successive application under 28 U.S.C. § 2244(b)(3)(A). A Response to the Motion would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before May 21, 2012,** a Response addressing the arguments raised in the Motion to Dismiss.

DATED THIS 9th DAY OF May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE