# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**STANLEY TURNER NORTON**                                    **PETITIONER**
**ADC #99798**

**v.**                    **CASE NO. 5:12CV00067 BSM**

**RAY HOBBS, Director,**                                     **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition [Doc. No. 14] submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.     The motion to dismiss [Doc. No. 8] of respondent Ray Hobbs is granted, and Stanley Turner Norton's petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice so that he may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

2.     A certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated this 20th day of November 2012.

_____
UNITED STATES DISTRICT JUDGE